UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-60365-CIV-ALTONAGA

**LEONARDO A. CUETO**,

    Plaintiff,
vs.

**PROGRESSIVE FINANCIAL SERVICES, INC.**,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 3], filed on April 14, 2008. The Court has considered the Notice and pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of April, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record